Dismissed and Memorandum Opinion filed August 16, 2007








Dismissed
and Memorandum Opinion filed August 16, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00851-CV

____________

 

KENNETH RAMSEY, Appellant

 

V.

 

REBECCA RAMSEY, Appellee

 



 

On Appeal from the
310th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-44443

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 22, 2006.  On August 1, 2007, the
parties filed an agreed motion to dismiss the appeal because the parties
entered into an Amended Final Decree of Divorce, disposing of all issues in
controversy in this appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM








 

Judgment rendered and Memorandum Opinion filed August
16, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.